Fox RIVER CHRYSLER PLYMOUTH, INC. *et al.,* Plaintiffs-Appellees, *v.* DANNY BOLF, Defendant-Appellant.

(No. 71-150; ▮▮▮▮▮▮▮▮

Second District—February 8, 1972.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Goldsmith, Dyer, Thelin & Schiller, of Aurora, (Richard Schiller, of counsel,) for appellant.

Konstans & Catella, of St. Charles, for appellee.